IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROYAL PACIFIC LIMITED,

    Plaintiff,

v.                                       Civ. No. 17-0357 KG/KBM

FAITH ELECTRIC MANUFACTURE
COMPANY, LTD.,

    Defendant,

FAITH ELECTRIC MANUFACTURE
COMPANY, LTD.,

    Counter-Claimant,

v.

ROYAL PACIFIC LIMITED,

    Counter-Defendant.

## ORDER GRANTING JOINT MOTION TO SET TRIAL

The Court, having reviewed the parties' Joint Motion for an Order Adjusting Pre-Trial Dates and Setting Trial (Doc. 44), finds that it is well taken in part and will be granted as follows:

IT IS ORDERED that

1.     a five-day civil jury trial will be set in this matter beginning December 9, 2019, subject to the Court's docket; and

2.     a Notice of Jury Trial including additional deadlines and a pretrial conference date will be entered on the docket at a later date.

*[signature]*
UNITED STATES DISTRICT JUDGE